## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:10CR14-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| THOMAS LEE COOK. | ) |
| _____ | ) |

**THIS MATTER** is before the court upon Kris V. Williams's Motion to Withdraw as Counsel of Record (Sealed). Having considered Kris V. Williams's Motion to Withdraw as Counsel of Record and reviewed the pleadings, the undersigned enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Kris V. Williams's Motion to Withdraw as Counsel of Record (#42) (sealed) be calendared for hearing on Thursday, August 26, 2010, at 2 p.m. in Courtroom #2 in Asheville.

Signed: August 20, 2010

Dennis L. Howell
United States Magistrate Judge