IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:10 CR 14-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| THOMAS LEE COOK. | ) | |
| | ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a motion entitled "Sealed Motion to Withdraw as Counsel of Record" (#42) filed by Kris V. Williams, attorney for the defendant. The undersigned set a hearing for this matter by Order dated August 19, 2010. After hearing of the motion, a portion of which was sealed, the undersigned finds that good cause has been shown for the granting of said motion.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the "Sealed Motion to Withdraw as Counsel of Record" (#42) is hereby **ALLOWED.** It is further **ORDERED** that the Office of the Federal Defender appoint an attorney to represent the defendant in this matter.

Signed: August 26, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge